HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
MARCY LYNN RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:13-mj-00056-MJS |
| *Plaintiff*, | STIPULATION TO AMEND JUDGEMENT TO EXTEND PROBATIONARY PERIOD; ORDER |
| vs. | |
| MARCY LYNN RAMOS, | Date:   August 13, 2014<br>Time:   10:00 a.m.<br>Judge:  Hon. Michael J. Seng |
| *Defendant.* | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the probationary period currently set to terminate on August 13, 2014, may be extended by thirteen months, thereby terminating on September 13, 2015.

The defendant pled guilty to operating a motor vehicle while under the influence of alcohol, in violation of 36 C.F.R. § 4.23(a)(2).  She was sentenced to a fine of $1,200 and a 12-month term of unsupervised probation with the conditions that she obey all laws, pay the fine, and complete a First Offender DUI program through the California Department of Motor Vehicles.  The defendant has advised defense counsel that she has been without a job during a significant period of her probation and as such, needs additional time to comply with the terms of her probation.  She advises that she just started a new job and plans to use the income from that employment to fulfill her probation obligations.  Accordingly, the parties stipulate and jointly request that the Court extend the term of probationary period by twelve months.  The parties

1  stipulate that the conditions of probation shall be modified to require a payment of $100 per
2  month for twelve months and all other prior conditions will remain in effect.

3                                         Respectfully submitted,

4                                         BENJAMIN J. WAGNER
5                                         United States Attorney

6  Dated:  August 12, 2014            */s/ Matthew McNease*
7                                         Matthew McNease
                                       Acting Legal Officer
8                                         National Park Service
                                       Yosemite National Park

9                                         HEATHER E. WILLIAMS
10                                        Federal Defender

11 Dated:  August 12, 2014            */s/ Jerome Price*
                                       JEROME PRICE
12                                        Assistant Federal Defender
                                       Attorneys for Defendant
13                                        MARCY LYNN RAMOS

14
15                                    **O R D E R**

16     Good cause appearing, the above  Stipulation in Case No.  6:13-mj-00056-MJS
17 is accepted and adopted as the Order of this Court.  The term of Defendant's
18 unsupervised probation is extended an additional twelve months beyond the date
19 previously scheduled to end. Defendant shall pay the previously ordered fine in
20 payments of not less than $100 per month for each of the next twelve months until paid
21 in full.  All other provisions of her sentence and conditions of her probation remain in
22 effect.
23
24
25 IT IS SO ORDERED.
26
    Dated:   August 13, 2014                      /s/ *Michael J. Seng*
27                                       UNITED STATES MAGISTRATE JUDGE
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28