Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCY LYNN RAMOS,<br><br>Defendant. | DOCKET NO. 6:13-mj-056-MJS<br><br>**NOTICE OF WITHDRAWAL OF PROBATION VIOLATION, REQUEST TO VACATE PROBATION HEARING AND ORDER THEREON**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Marcy Lynn RAMOS, was arrested July 19, 2013, in Yosemite National Park and charged with three counts in a criminal complaint: Count 1: driving a motor vehicle while under the influence of alcohol or drugs; Count 2: driving a motor vehicle with a BAC greater than .08%; and Count 3: failing to maintain control of her vehicle. RAMOS plead guilty August 13, 2013, to Count 2, and the other counts were dismissed. RAMOS was sentenced to the following: pay a $1,200 fine, 12 months of unsupervised probation, obey all laws, and to complete a DMV DUI first time offenders course. On August 7, 2014, this court signed a Probation Violation alleging RAMOS failed to complete the DMV course and failed to pay the fine, and set a Probation Hearing for October 8, 2014. On August 12, 2014, a summons was issued. On August

13, 2014, this Court granted an extension of RAMOS' probation to September 13, 2015, an additional thirteen months. For this reason the Government withdraws its request for a Probation Violation in this matter and asks the Court to vacate the Probation Hearing on October 8, 2014.

Dated: August 14, 2014                           By: /s/ Matthew McNease
                                                                 Matthew McNease
                                                                 Acting Legal Officer
                                                                 Yosemite National Park, CA

**ORDER**

THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:

The Probation Violation in Case No. 6:13-mj-056-MJS is retracted and the October 8, 2014, hearing thereon is vacated.

IT IS SO ORDERED.

Dated:   August 15, 2014                           /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE