1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  JEROME PRICE, CA Bar # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  MARCY LYNN RAMOS

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No.  6:13-mj-00056-MJS
                                    )
12           Plaintiff,             )  **AMENDED** STIPULATION TO AMEND
                                    )  JUDGMENT TO EXTEND PROBATIONARY
   vs.                              )  PERIOD;  ORDER
13                                  )
                                    )
14 MARCY LYNN RAMOS,                )  Judge:  Hon. Michael J. Seng
                                    )
15           Defendant.             )
   _____ )
16

17      IT IS HEREBY STIPULATED by and between the parties hereto, and through their

18 respective attorneys of record, that the probationary period currently set to terminate on August

19 13, 2014, may be extended by thirteen months, thereby terminating on September 13, 2015.

20      The defendant pled guilty to operating a motor vehicle while under the influence of

21 alcohol, in violation of 36 C.F.R. § 4.23(a)(2).  She was sentenced to a fine of $1,200 and a 12-

22 month term of unsupervised probation with the conditions that she obey all laws, pay the fine,

23 and complete a First Offender DUI program through the California Department of Motor

24 Vehicles.  The defendant has advised defense counsel that she has been without a job during a

25 significant period of her probation and as such, needs additional time to comply with the terms of

26 her probation.  She advises that she just started a new job and plans to use the income from that

27 employment to fulfill her probation obligations.  Accordingly, the parties stipulate and jointly

28 request that the Court extend the term of probationary period by thirteen months.  The parties

1   stipulate that the conditions of probation shall be modified to require a payment of $100 per

2   month for twelve months and all other prior conditions will remain in effect.

3                                            Respectfully submitted,

4                                            BENJAMIN J. WAGNER
                                             United States Attorney
5

6   Dated:  August 21, 2014                  */s/ Matthew McNease*_____
                                             Matthew McNease
7                                            Acting Legal Officer
                                             National Park Service
8                                            Yosemite National Park

9                                            HEATHER E. WILLIAMS
                                             Federal Defender
10

11  Dated:  August 21, 2014                  */s/ Jerome Price*_____
                                             JEROME PRICE
12                                           Assistant Federal Defender
                                             Attorneys for Defendant
13                                           MARCY LYNN RAMOS

14

15

16                              **O R D E R**

17          Good cause appearing, the above Stipulation in Case No. 6:13-mj-00056-MJS is accepted

18  and adopted as the Order of this Court.  The term of Defendant's unsupervised probation is

19  extended an additional thirteen months beyond the date previously scheduled to end.  Defendant

20  shall pay the previously ordered fine in payments of not less than $100 per month for each of the

21  next twelve months until paid in full.  All other provisions of her sentence and conditions of her

22  probation remain in effect.

23

24  IT IS SO ORDERED.

25

26      Dated:   August 21, 2014        /s/ *Michael J. Seng*

27                                      UNITED STATES MAGISTRATE JUDGE

28