```
HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARCY RAMOS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:13-mj-00056-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE FEBRUARY 7, 2017 REVIEW HEARING, AND TO EXTEND PROBATION; ORDER** |
| vs. | |
| MARCY RAMOS, | |
| Defendant. | |

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Marcy Ramos, that the February 7, 2017 review hearing be continued to March 7, 2017, and that the Court extend probation to April 7, 2017.

   The parties are in agreement that Ms. Ramos's probation be extended to April 7, 2017. Defendant will be present at the review hearing unless proof has been filed prior and an order has been issued vacating the hearing date.

//

//

//

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | PHILLIP A. TALBERT<br>United States Attorney |
| Date: February 3, 2017 | */s/ Susan St. Vincent*<br>Susan St. Vincent<br>Yosemite Legal Officer<br>Attorney for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 3, 2017 | */s/ Reed Grantham*<br>REED GRANTHAM<br>Assistant Federal Defender<br>Attorney for Defendant<br>MARCY RAMOS |

**O R D E R**

The Court hereby grants the parties' request to continue the February 7, 2017 review hearing and extend unsupervised probation in case number 16:13-mj-00056-MJS. Probation is hereby extended to April 7, 2017, subject to the same terms and conditions previously imposed. Defendant is ordered to be present at the review hearing unless an order vacates the hearing.

IT IS SO ORDERED.

Dated: February 3, 2017          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE