HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARCY RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  6:13-mj-00056-MJS |
| *Plaintiff*, | **[UNDER SEAL]** |
| | **SEALING ORDER** |
| vs. | |
| MARCY RAMOS, | |
| *Defendant.* | |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that** Defendant's Sentencing Memorandum and Exhibits, the Application to File Documents Under Seal, the Sealing Order and this Sealing Order shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

Dated:   July 5, 2017   　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE